IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JERMAINE GREENE,

        Appellant,

 v.

                                 Case No.  5D22-1706
                                 LT Case Nos. 2010-CF-002427-A
                                                 2012-CF-002149-A

STATE OF FLORIDA,

        Appellee.
_____/

Decision filed November 22, 2022

3.800 Appeal from the Circuit Court
for Lake County,
James R. Baxley, Judge.

Jermaine Greene, Tavares, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, EISNAUGLE and HARRIS, JJ., concur.